**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEHESHTA MAHBOOB, individually, and CAROLE CRAMER-BANKS and CYNTHIA LEPUR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>　　　　　　Defendant. | No. 2:21-cv-08585-JAK (GJSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL (DKT. 43)**<br><br>**JS-6: CASE TERMINATED** |

1  Based on a review of the Stipulation for Dismissal (the "Stipulation" (Dkt. 43)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

The above-entitled case is dismissed in its entirety, with prejudice as to Plaintiffs' individual action and without prejudice as to the absent putative class members. Each party shall bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: October 07, 2024   _____

John A. Kronstadt

United States District Judge

2